UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**                DATE: September 28, 1999

**CIVIL NO. 97-2265 (DRD)**

COURTROOM DEPUTY:  Janet **GONZALEZ**

================================================================

EARLE W. KELLY, et al.              Attorneys: Roberto **LEFRANC**
                                               Luis **VIVAS**
    Plaintiff

    v.

LOCKHEED MARTIN SERVICES GROUP                 Alcides A. **REYES**

    Defendants
================================================================

SETTLEMENT CONFERENCE is held in chambers.  Parties state their settlement positions; they are far apart.

The facts of the case are discussed and an analysis of the weak and strong points of the case is made.  The Court urges counsel to continue exploring settlement.

A further Settlement Conference is set for **October 28, 1999 at 5:45 P.M.**  Parties and/or representatives to be present.

_____
COURTROOM DEPUTY

s/c: All counsel of record