## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

DATE: October 27, 1999

EARLE KELLY, et al.

    Plaintiffs

**CIVIL NO. 97-2265 (DRD)**

v.

MARTIN LOCKHEED, et al.

    Defendants

---

**BY ORDER OF THE COURT**, the Settlement Conference scheduled for October 28, 1999 is re-set for **November 4, 1999 at 5:30 P.M.** before Honorable Daniel R. Domínguez.

_____
COURTROOM DEPUTY

PARTIES NOTIFIED BY TELEPHONE & MAIL:

Luis Vivas, Esq.
Alcides Reyes, Esq.