UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**                    DATE: November 15, 1999

**CIVIL NO. 97-2265 (DRD)**
LAW CLERK: Karen A. Rivera-Turner

=================================================================

| EARLE KELLEY et al. | Attorneys: | Roberto Le Franc-Romero |
| Plaintiff | | Luis Vivas Ugartemendia |
| v. | | |
| MARTIN LOCKHEED et al. | | Alcides Reyes |
| Defendants | | Anabel Rodríguez Alonso |

=================================================================

SETTLEMENT CONFERENCE was held today and counsel advised the Court that no settlement agreement has yet been reached but that a final attempt will be made. Notwithstanding, the Court discussed settlement with both parties and discussed the strong and weak points of each case. The Court also informed the parties that if settlement is not reached the Court will entertain and resolve Defendants' motion for summary judgment and then refer the case to a visiting judge.

                                                                         LAW CLERK

s/c: Counsel of record

N:\MINUTES\97-2265B MEM

