UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Carlo Kelly et al          CIVIL NO. 97-2265 (DRD)

v.

Defendant(s) Lockheed Martin Services Group et al

| MOTION | ORDER |
|---|---|
| Docket entry no. 49 | ☒ GRANTED. |
| Date: March / 11 / 1999. | ☐ DENIED. |
| Title: Motion requesting special order | ☐ MOOT. |
|  | ☐ NOTED. |
| Pursuant to 28 U.S.C. § 2521, the Court hereby orders the Veterans Administration to produce Plaintiff Carlo Kelly's medical record within 14 days from service of this Order. It is so ordered. | |

RECEIVED & FILED
99 NOV 24 PM 3:19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Date: November 23, 1999

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE


