UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) _Earle Kelley et al_           CIVIL NO. _97-2265_ (DRD)

v.

Defendant(s) _Lockheed Martin Services et al_

| MOTION | ORDER |
|---|---|
| Docket entry no. _57_ | ☒ GRANTED. |
| Date: _April 1/16/1999_ | ☐ DENIED. |
| Title: _Motion requesting leave to file a Reply..._ | ☐ MOOT. |
| | ☐ NOTED. |

RECEIVED & FILED
99 NOV 24 PM 3:19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

_The Court will consider both Replies filed by Plaintiffs._

Date: _Nov 23, 1999_

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE


