UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Carle Kelly et al     CIVIL NO. 97-2265 (DRD)

v.

Defendant(s) Lockheed Martin Services Group, et al

| MOTION | ORDER |
|---|---|
| Docket entry no. 48 | ☒ GRANTED. |
| Date: March 18, 1999. | ☐ DENIED. |
| Title: Motion withdrawing from legal representation | ☐ MOOT. |
| | ☐ NOTED. |

It is so ordered. Roberto de Fransc Romero and Luis R. Vivas appurtenant to be notified henceforth and not Ramon Vazquez of the firm of Martinez Odell Mandry Costado at al firm.

RECEIVED & FILED 99 NOV 24 PM 3:19 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.

Date: November 23, 1999

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE


