UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



EARLE KELLY, et al.
    Plaintiff

v.                                              Civil No. 97-2265

LOCKHEED MARTIN SERVICES
GROUP, et al.
    Defendants

ORDER

Status/settlement conference is hereby scheduled for January 31, 2000, at 4:00 p.m. The parties are advised that they must be prepared to discuss all discovery matters, including pending motions on Docket Nos. 50 and 51.

Docket No. 56 has been adjudicated. (See Docket No. 81 granting leave to file replies).

IT IS SO ORDERED.

Date: January 17, 2000.                      DANIEL R. DOMINGUEZ
                                                            U.S. DISTRICT JUDGE

N \97-2265 MTN