UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Carlo W Kelley         CIVIL NO. 97-2265 (DRD)

v.

Defendant(s) Lockheed Martin Services, et al

| MOTION | ORDER |
|---|---|
| Docket entry no. 56 | ☐ GRANTED. |
| Date: April /13 / 1999. | ☒ DENIED. |
| Title: Motion to strike Plaintiffs' unauthorized reply and to expunge the docket | ☒ MOOT. |
| | ☐ NOTED. |
| By order dated November 24, 1999 (Docket No. 81), Plaintiffs were granted leave to file replies to Defendants' oppositions to motion to strike and motion for protective order. | |

RECEIVED AND FILED
00 FEB -8 AM 2:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IT IS SO ORDERED.

Date: 02 /09/ 2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE