# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

EARLE KELLY, et al.

   Plaintiffs

v.

LOCKHEED MARTIN SERVICES
GROUP, et al.

   Defendant

CIVIL NO. 97-2265 (DRD)

BY ORDER OF THE COURT, the Status/Settlement Conference

originally scheduled in this case for January 31, 2000 which was not held

due to the absence of plaintiffs' attorneys, is now re-set for **February 23,**

**2000 at 4:30 P.M.** before Honorable Daniel R. Domínguez.

Courtroom Deputy

Parties notified:

Roberto Lefranc Romero, Esq.
Alcides Reyes, Esq.