UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**          DATE: February 24, 2000

**CIVIL NO. 97-2265 (DRD)**

LAW CLERK: Karen A. Rivera-Turner

===============================================================

EARLE KELLY, et al        Attorneys:      Roberto Le Franc Morales
                                          Ana María Ramírez Le Grand

  Plaintiff

  v.

LOCKHEED MARTIN SERVICES                  Alcides Reyes
GROUP, et al                              Anabel Rodríguez Alonso

  Defendant
===============================================================

SETTLEMENT CONFERENCE was held today; no settlement was reached. The Court advances that it is inclined to deny Plaintiffs' Motion to Strike Defendants' expert witnesses and Motion for Protective Order. (Docket Nos. 50 & 51). Notwithstanding, the Court will consider the issue further and enter a written Opinion and Order.

All pending depositions must be taken within sixty (60) days. Cut off for all discovery is April 30, 2000.

Parties should continue to explore settlement possibilities.

                                                    _____
                                                           LAW CLERK

s/c: Counsel of record

