# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Earle Kelly et al    CIVIL NO. 97-2265 (DRD)

v.

Defendant(s) Lockheed Martin Services Group et al

| MOTION | ORDER |
|---|---|
| Docket entry no. 83 | ☒ GRANTED. |
| Date: Jan 11, 2000 | ☐ DENIED. |
| Title: Motion informing substitution of attorney of record | ☐ MOOT. |
| | ☐ NOTED. |

Mr. Luis R. Vivas Ugartemendia is to be substituted by Roberto Lefranc Romero.

Date: 2/29/2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE