UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EARLE KELLY, et al.

**Plaintiff**

v.  Civil No. 97-2265

LOCKHEED MARTIN SERVICES
GROUP, et al.

**Defendants**

## ORDER

The Court hereby rules as follows:

| Docket No. | Ruling | Title and Date |
|---|---|---|
| 90 | DENIED WITHOUT PREJUDICE | Urgent Motion Requesting Protective Order From the Court, April 3, 2000 |

*Plaintiffs are advised to attempt to reach an agreement regarding Dr. Franceschini's fees under a Local Rule 311.11 conference with Defendants. At said meeting, Plaintiffs should be prepared to suggest an amount that they consider reasonable for Dr. Franceschini's services. Should the conference not bear fruit, Plaintiffs may file a new motion, wherein they should include an account of their efforts to reach an agreement with Defendants and a suggested fee.*

| | | |
|---|---|---|
| 91 | GRANTED | Motion Requesting an Extension of Time to Conclude Discovery, April 7, 2000 |

*Defendants are granted sixty (60) days to obtain all pending records from the Social Security Administration and the Veterans Administration. Thereafter, Defendants are granted fifteen (15) days to serve Dr. Franceschini's final report. Once the report is served, Plaintiffs are granted twenty (20) final days to take Dr. Franceschini's deposition. Should Defendants fail to comply with the above deadlines, Dr. Franceschini's preliminary report will be rendered final.*

**IT IS SO ORDERED.**

Date: May _16_, 2000.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

N:\97-2265B DSC