# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

*RECEIVED & FILED*
*01 AUG 10 ... 9:12*
*U.S. DISTRICT COURT*
*SAN JUAN, P.R.*

EARLE W. KELLY, PAIGE KELLY, et al

**Plaintiff(s)**

v.                                                    CIVIL NUMBER:   97-2265 (JAG)

LOCKHEED MARTIN SERVICES, et al

**Defendant(s)**

| MOTION | ORDER |
| --- | --- |
| **Date Filed:** 07/30/01<br>**Title:** Motion Requesting Leave to Withdraw as Defendant's Counsel<br>**Docket(s):** 98<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | **GRANTED.** The Clerk shall notify copy of this Order to counsel of record and to Alcides Reyes at his new address. |

Date:   August 8, 2001                                    JAY A. GARCIA-GREGORY
                                                          U.S. District Judge

Reyes
8/10/01



99