IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EARLE W. KELLY, et. al.

    Plaintiffs

**CIVIL NO.** 97-2265 (JAG)

    v.

LOCKHEED MARTIN SERVICES
GROUP, INC., et al.

    Defendants

---

**JUDGMENT**

Pursuant to the Opinion and Order of this date, the Court enters judgment dismissing plaintiffs' complaint with prejudice.

This case is now closed for statistical purposes

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 17th day of April 2002.

_____
JAY A. GARCIA-GREGORY
United States District Judge