UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EARLE W. KELLY, PAIGE KELLY, et al

Plaintiff(s)

v.

LOCKHEED MARTIN SERVICES, et al

Defendant(s)

CIVIL NO. 97-2265 (JAG)

| MOTION | ORDER |
|---|---|
| Date Filed: 04/22/02<br>Title: Motion to Note Appearance &<br>Requesting Order<br>Docket(s): 107<br><br>[ ] Plff(s)  [ x ] Dft(s)  [ ] Other | GRANTED. |

Date: May 7, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge